```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                        HOT SPRINGS DIVISION


CONNIE CHEATHAM                                          PLAINTIFF


       vs.              Case No. 06-6042


HOT SPRING COUNTY MEDICAL CENTER                         DEFENDANT
```

## O R D E R

Currently before the Court is Plaintiff's motion to voluntarily dismiss her claims for race and national origin discrimination pursuant to Title VII of the Civil Rights Act of 1964. (Doc. 11). Defendant has no objection (Doc. 15). Upon due consideration, Plaintiff's motion is GRANTED and her Title VII claims for race and national origin discrimination are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 7th day of June 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**